## ENGLISH *v.* CARLTON *et al.*

*Simmons, C. J.*—The verdict, upon the substantial merits of the case, being in accord with both law and justice, and there being no error, if any at all, of sufficient weight or importance to require the granting of a new trial, this court will not disturb the judgment below refusing to set the verdict aside.

December 2, 1895.                    *Judgment affirmed.*

Action on contract. Before Judge Van Epps. City court of Atlanta. January term, 1895.

*Hines & Hale, Felder & Davis, Mayson & Hill* and *Shubrick & Daley*, for plaintiffs in error.

*C. J. Simmons* and *J. A. Anderson*, contra.